(May 6, 1966)

JOHN WILSON et al., Respondents, v. THOMAS CAVANAUGH, Defendant. NORMAN G. QUILL, as Administrator of the Estate of JAMES D. QUILL, Deceased, Appellant, v. THOMAS S. CAVANAUGH et al., Defendants.— MEMORANDUM BY THE COURT. We perceive no basis to disturb the exercise of discretion by Special Term in directing a joint trial of the actions in Tompkins County; and the papers, upon which application was made to change the place of trial for the convenience of witnesses, were fatally deficient. Order affirmed, without costs, and without prejudice to a proper application for change of place of joint trial for the convenience of material witnesses. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.